IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PIERRE DEPREE HUSBAND,

                                        ORDER

            Plaintiff,

                                    3:07-cv-391-bbc

    v.

ANN TURNER, Madison Police Dept. Detective; and
DOROTHY DOHEY, Madison Police Dept. Detective,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The court has received plaintiff's letter dated November 22, 2007, asking the clerk of court to issue subpoenas and a motion dated November 26, 2007, asking the court to issue a subpoena so that he can obtain a transcript of a motion hearing held at the Circuit Court for Dane County. For the reasons expressed in the order entered November 20, 2007,

plaintiff's motions for the issuance of subpoenas are DENIED.

Entered this 5th day of December, 2007.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge

Case: 3:07-cv-00391-bbc   Document #: 21   Filed: 12/05/07   Page 2 of 2