# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

PIERRE DEPREE HUSBAND,

    Plaintiff,

v.

ANN TURNER and
DOROTHY DOHENY,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-391-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin
_____
by Deputy Clerk

_____5/6/08_____
Date